IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-0949 |
| | § | |
| RAFAEL GARCIA ENTERPRISES, LLC., | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 6), this action is dismissed without prejudice.

SIGNED on August 22, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge